## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title:_____ Docket No.:_____

Lead Counsel of Record (name/firm) or Pro se Party (name):_____ .

Appearance for (party/designation):_____

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(  ) Correct
(  ) Incorrect.    See attached caption page with corrections.

    **Appellate Designation** is:
(  ) Correct
(  ) Incorrect.    The following parties do not wish to participate in this appeal:
       Parties: _____
(  ) Incorrect.    Please change the following parties' designations:
       <u>Party</u>                         <u>Correct Designation</u>

**Contact Information** for Lead Counsel/Pro Se Party is:
(  ) Correct
(  ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

## RELATED CASES

(  ) This case has not been before this Court previously.
(  ) This case has been before this Court previously.   The short title, docket number, and citation are:_____

(  ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (  ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (  ) I applied for admission on_____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: *[signature]*
Type or Print Name:_____
       OR
Signature of pro se litigant: _____
Type or Print Name:_____
(  ) I am a pro se litigant who is not an attorney.
(  ) I am an incarcerated pro se litigant.