**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 25, 2025
Docket #: 25-2191
Short Title: Lost Lake Holdings, LLC v. Town of Forestburgh

DC Docket #: 7:22-cv-10656
DC Court: SDNY (WHITE PLAINS)
DC Judge: Trial Judge - Vincent L. Briccetti

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8563.