# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of December, two thousand twenty-five.

_____

| | |
|---|---|
| Lost Lake Holdings, LLC, a domestic limited liability company, Mishconos Mazah, LLC, a domestic limited liability company, Rabbi Mordechai Halberstam, Rose Halberstam, | **ORDER** <br><br> Docket No. 25-2191 |
|   Plaintiff - Appellants, | |
|  v. | |
| Town of Forestburgh, Forestburgh Zoning Board of Appeals, Glenn A. Gabbard, in his personal capacity and in his official capacity as Building Inspector of the Town of Forestburgh, The Forestburgh Town Board, Steve Budofsky, in his personal capacity, Susan Parks-Landis, in her personal capacity, Karen Ellsweig, in her personal capacity, Vincent Galligan, in his personal capacity, Daniel S. Hogue, in his personal capacity, Richard Robbins, in his personal capacity and in his official capacity as Chairperson of the Planning Board of the Town of Forestburgh, Dennis Ketcham, in his capacity as Town Assessor of the Town of Forestburgh, | |
|   Defendants - Appellees. | |

_____

  The Hindu American Foundation moves for leave to file an amicus brief in support of the Appellants.

  IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

                For the Court:

                Catherine O'Hagan Wolfe,
                Clerk of Court

