**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-2191

Caption [use short title]

**Motion for:** 45-day extension of deadline to file Appellee's brief in opposition

Set forth below precise, complete statement of relief sought:

Defendants-Appellees request that this Court extend the deadline for Defendants-Appellees to file their brief in opposition to February 26, 2026 under Local Rule 27.1(f)

Lost Lake Holdings LLC, et al.

v.

Town of Forestburgh, et al.

**MOVING PARTY:** Defendants-Appellees Town of Forestburgh, et al.    **OPPOSING PARTY:** Plaintiffs-Appellants Lost Lake Holdings LLC, et al.

- [ ] Plaintiff     [x] Defendant
- [ ] Appellant/Petitioner     [x] Appellee/Respondent

**MOVING ATTORNEY:** Leo Dorfman     **OPPOSING ATTORNEY:** Eric W. Treene

[name of attorney, with firm, address, phone number and e-mail]

| | |
|---|---|
| Sokoloff Stern LLP | Storzer and Associates P.C. |
| 179 Westbury Ave. | 1025 Connecticut Ave. NW, Suite 1000 |
| Carle Place, NY 11514 | Washington, D.C. 20036 |

**Court- Judge/ Agency appealed from:** U.S. District Judge Vincent L. Briccetti, Southern District New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[x] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[x] Unopposed [ ] Opposed [ ] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [✓] No [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  [ ] Yes [ ] No
Has this relief been previously sought in this court?  [ ] Yes [ ] No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  [ ] Yes [x] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  [ ] Yes [x] No  If yes, enter date:

**Signature of Moving Attorney:**

_Leo Dorfman_    **Date:** 1/6/2026    Service : [x] Electronic [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| LOST LAKE HOLDINGS LLC, *et al.*<br><br>    Plaintiffs-Appellants<br><br>    -against-<br><br>TOWN OF FORESTBURGH, *et al.*<br><br><br>    Defendants-Appellees. | **AFFIRMATION**<br><br>Civil Appeal No. 25-2191 |

Leo Dorfman, an attorney duly admitted to practice in the courts of the State of New York, hereby affirms the following:

1.     I am the attorney for Defendants-Appellees in this action. I submit this declaration in support of Defendant-Appellees' request for a 45-day extension of time (from January 12, 2026, to February 26, 2026) of their deadline to file Defendant-Appellees' brief, in the alternative, for removal from the Expedited Appeals Calendar. This brief extension is necessary for the reasons set forth below.

2.     Plaintiffs-Appellants filed a Notice of Appeal on September 9, 2025, and this matter was docketed September 12, 2025.

3.     On October 3, 2025, this Court issued a Notice of Expedited Appeal, setting a November 7, 2025 deadline for Plaintiffs-Appellants' brief and a December 12, 2025 deadline for Defendants-Appellees' brief.

4.     On October 13, 2025, Plaintiff-Appellants moved for an extension of their time to file their brief. On October 15, 2025, the Court granted the motion, setting December 8, 2025 as Appellee's deadline to file their Brief and Appendix, and setting January 12, 2026 as the deadline for Appellees' Brief.

5. Counsel for Defendants-Appellees Counsel are diligently preparing the brief, but, as counsel for Plaintiff-Appellants pointed out in their motion for more time, "the record on this appeal is more extensive than the average expedited appeal," and "the complaint contains 22 counts," for which Appellants present, "distinct theories regarding why the claims are ripe, and the briefing in this case is therefore particularly complex." Adding to the complexity, there have now been six amicus briefs filed along with Appellants' own brief.

6. Additionally, counsel working on this briefing have significant commitments in other cases, including several discovery deadlines, depositions, summary judgement motions, and an upcoming trial that is likely to last at least two weeks, with jury selection set to start on January 26, 2026. Along with the recent holidays, these factors make compliance with the present schedule exceptionally difficult.

7. Defendants-Appellees have not previously sought an extension from this Court in this case.

8. Plaintiffs-Appellants consent to this 45-day extension.

Dated: Carle Place, New York
January 6, 2025

SOKOLOFF STERN LLP
*Attorneys for Defendants-Appellees*

By: LEO DORFMAN
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500
File No. 230101

TO: All Counsel of Record (via ECF)