# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of March, two thousand twenty-six.

_____

Lost Lake Holdings, LLC, a domestic limited liability company, et al.

        Plaintiffs - Appellants,

v.

Town of Forestburgh, et al.

        Defendants - Appellees.

_____

**ORDER**

Docket No. 25-2191

Appellants move for a 14-day extension, until March 26, 2026, to file their reply brief.

IT IS HEREBY ORDERED that the unopposed motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court