

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

LEO DORFMAN
LDORFMAN@SOKOLOFFSTERN.COM

June 9, 2026

**VIA CM/ECF**
Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Re: *Lost Lake Holdings, LLC, et al. v. Town of Forestburgh, et al.*
> Docket No. 25-2191
> File No. 240648

Dear Ms. O'Hagan Wolfe:

I write on behalf of Defendant-Appellees in the above-referenced appeal to advise the Court that Defendant-Appellees consent to the filing of the proposed brief of amicus curiae the Hindu American Foundation in support of Appellants. Pursuant to Federal Rule of Appellate Procedure 29(a)(2), the proposed amicus brief may therefore be filed on the consent of the parties, without leave of court.

Defendant-Appellees' consent is a courtesy and does not, in itself, express any position on the substance of the brief. Defendant-Appellees respond to the substance in their own brief.

We thank the Court for its attention to this matter.

Respectfully submitted,

SOKOLOFF STERN LLP

LEO DORFMAN

CC:  All counsel of record (via CM/ECF)