# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of July, two thousand and twenty-six.

Before:      Raymond J. Lohier, Jr.,
*Chief Judge*,
Barrington D. Parker,
Myrna Pérez,
*Circuit Judges.*

_____

Lost Lake Holdings, LLC, a domestic limited liability company, et al.,

      Plaintiffs - Appellants,

**ORDER**

v.

Docket No. 25-2191

Town of Forestburgh, et al.,

      Defendants - Appellees.

_____

It is hereby ORDERED that the parties shall file simultaneous supplemental letter briefs addressing their respective views on: (1) whether there are any administrative or regulatory avenues that would allow Plaintiffs to proceed with their proposed development without legislative action from the Town Board; (2) whether the distinction between legislative and administrative/regulatory action is relevant for purposes of assessing ripeness in the FHA context; and (3) whether the process that the Plaintiffs must undertake to seek land-use modifications constitutes a "variance" pursuant to *Williamson County Regional Planning Commission v. Hamilton Bank*, 473 U.S. 172 (1985), and its progeny?

The parties shall file their briefs, not to exceed 5,000 words, within fourteen days of the entry of this order.

For The Court:
Catherine O'Hagan Wolfe
Clerk of Court

